Decided January 10, 2002

## NANCY O'NEIL, ADMINISTRATRIX (ESTATE OF BRUCE C. CHASE) *v.* HONEYWELL, INC., ET AL.

The petition by the defendant second injury fund for certification for appeal from the Appellate Court, 66 Conn. App. 332 (AC 19295), is denied.

*Yinxia Long*, assistant attorney general, in support of the petition.

*Donald R. Beebe,* in opposition.

Decided January 17, 2002